UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDISON M. LIN,
                    Plaintiff,

       -v-

AMAZON LOGISTICS, INC., *et al.*,
                    Defendants.

23-CV-262 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on January 11, 2023. It was assigned to this Court on March 16, 2023.

    Counsel for the plaintiff is directed to file an appearance with this Court no later than March 31, 2023.

    Counsel for the removing defendant shall serve a copy of this order on counsel for the plaintiff by March 22, 2023.

    SO ORDERED.

Dated: March 17, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge