UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDISON M. LIN,<br><br>                              Plaintiff,<br><br>         v.<br><br>AMAZON LOGISTICS, INC., ET AL.,<br><br>                              Defendants. | 23-CV-00262 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, the Court will conduct a case management conference following the close of discovery on **March 5, 2024 at 9:30am** at (646) 453-4442 with the Conference ID: 822 526 467#.

Dated: October 11, 2023
       New York, New York

                                                          _____
                                                                    DALE E. HO
                                                          United States District Judge